UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ORDER ESTABLISHING TRIAL DOCKET FOR THE PERIOD OF:
OCTOBER 12, 2022 – NOVEMBER 30, 2022
BEFORE THE HONORABLE TERRENCE G. BERG**

Listed below are the cases on this Court's trial docket for the period of October 12, 2022 – November 16, 2022. Counsel should be prepared to begin trial any time on **48 hours' notice** during this date range. It is counsel's responsibility in all cases after they have been so notified to contact my Case Manager, Amanda Chubb, at (313) 234-2644, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 9:00 a.m.

1. 19-20773    United States of America v. Matthew Mercer-Kinser
2. 18-10082    Dedes v. Macomb County
3. 18-11591    Raleigh v. Service Employees International Union
4. 19-11317    King v. Clubb

DATED this 23rd day of August, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge